Honorable Leonard Wexler
District Judge Eastern District of New York
U.S. Courthouse
Central Islip, New York

October 9, 2007

**Re: Paul Adamita**
**07CR00135**

Dear Judge Wexler,

I respectfully request that Mr. Adamita's bail condition be modified to allow him travel to Florida.

His uncle is presently hospitalized and critically ill. Mr. Adamita wishes to visit with him as the uncle is not expected to recover. I have discussed this request with AUSA Burton Ryan and he has consented on behalf of the Government.

Mr. Adamita plans leaving for Florida tomorrow October 10th 2007, and will be returning on Saturday October 13th 2007. While in Florida, Mr. Adamita will be staying at 1800 South Ocean Avenue, Pompano Beach.

Respectfully submitted,

Charles F. Carnesi

*Travel Request Granted - So Ordered*

*Dated: Central Islip NY*
*10/10/07*